# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| MADELINE RIGGILADEZ, )<br>5793 Burke Town Court )<br>Burke, VA  22015 )<br> )<br> Plaintiff, )<br> )<br>v. )<br> )<br>HON. FRANCIS J. HARVEY, )<br>Secretary of the Army, )<br>101 Army Pentagon )<br>Washington, DC  20310-0101 )<br> )<br> Defendant. )<br> ) | Case No. 1:06-cv-01337<br><br>**JURY TRIAL DEMANDED** |

## PROOF/RETURN OF SERVICE

Pursuant to Fed. R. Civ. P. 4(i), service of the summons and complaint in this matter was accomplished by certified mail, postage prepaid, return receipt requested upon the following:

Hon. Francis J. Harvey
Secretary of the Army
101 Army Pentagon
Washington, D.C.  20310-0101

United States Attorney for the District of Columbia
555 Fourth Street, N.W.
Washington, D.C.  20530

United States Attorney General
Department of Justice
950 Pennsylvania Ave, N.W.
Washington, D.C.  20540-0001

Copies of the receipts, indicating the Defendants' receipt of the summons and complaint are attached hereto.

2

Dated: August 15, 2006                    Respectfully submitted,

//s// *Jason H. Ehrenberg*
_____
James C. Bailey
Jason H. Ehrenberg
BAILEY & EHRENBERG PLLC
1155 Connecticut Avenue NW
Suite 1100
Washington, D.C. 20036
Tel:  (202) 465-4729
Fax:  (202) 318-7071
jhe@becounsel.com

2