### Return Receipt 1

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   U.S. Attorney General
   Department of Justice
   950 Pennsylvania Ave, N.W.
   Washington, D.C.
   20530-0001

**COMPLETE THIS SECTION ON DELIVERY**
- A. Signature: [signed] — Agent / Addressee
- B. Received by (Printed Name): AUG 0 7
- C. Date of Delivery:
- D. Is delivery address different from item 1? No

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number: 7005 1160 0005 2608 4210

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

### Return Receipt 2

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Francis J. Harvey
   Secretary of the Army
   101 Army Pentagon
   Washington, D.C. 20310-0101

**COMPLETE THIS SECTION ON DELIVERY**
- A. Signature: [signed] — Agent / Addressee
- B. Received by (Printed Name):
- C. Date of Delivery: 8 Aug 06
- D. Is delivery address different from item 1? No

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number: 7005 1160 0005 2608 4234

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

### Return Receipt 3

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   U.S. Attorney for D.C.
   555 4th Street, N.W.
   Washington, D.C.
   20530

**COMPLETE THIS SECTION ON DELIVERY**
- A. Signature: [signed] — Agent / Addressee
- B. Received by (Printed Name): AUG 0 7 2006
- C. Date of Delivery:
- D. Is delivery address different from item 1? No

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number: 7005 1160 0005 2608 4227

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540