# IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| MADELINE RIGGILADEZ,<br>5793 Burke Town Court<br>Burke, VA  22015<br><br>    Plaintiff,<br><br>v.<br><br>HON. FRANCIS J. HARVEY,<br>Secretary of the Army,<br>101 Army Pentagon<br>Washington, DC  20310-0101<br><br>    Defendant. | Case No. 1:06-cv-01337<br><br>**JURY TRIAL DEMANDED** |

## PROOF/RETURN OF SERVICE

Pursuant to Fed. R. Civ. P. 4(i), service of the summons and complaint in this matter was accomplished by certified mail, postage prepaid, return receipt requested upon the following:

Hon. Francis J. Harvey
Secretary of the Army
101 Army Pentagon
Washington, D.C.  20310-0101

United States Attorney for the District of Columbia
555 Fourth Street, N.W.
Washington, D.C.  20530

United States Attorney General
Department of Justice
950 Pennsylvania Ave, N.W.
Washington, D.C.  20540-0001

Copies of the receipts, indicating the Defendants' receipt of the summons and complaint are attached hereto.

2

Dated: August 15, 2006                    Respectfully submitted,

                                                                //s// *Jason H. Ehrenberg*
                                                                _____
                                                                James C. Bailey
                                                                Jason H. Ehrenberg
                                                                BAILEY & EHRENBERG PLLC
                                                                1155 Connecticut Avenue NW
                                                                Suite 1100
                                                                Washington, D.C. 20036
                                                                Tel: (202) 465-4729
                                                                Fax: (202) 318-7071
                                                                jhe@becounsel.com