**Receipt 1**

Article Addressed to:
U.S. Attorney General
Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C.
20530-0001

Article Number: 7005 1160 0005 2608 4210

Service Type: Certified Mail
Date of Delivery: AUG 07 2006

**Receipt 2**

Article Addressed to:
Francis J. Harvey
Secretary of the Army
101 Army Pentagon
Washington, D.C. 20310-0101

Article Number: 7005 1160 0005 2608 4234

Service Type: Certified Mail
Date of Delivery: 8 Aug 06

**Receipt 3**

Article Addressed to:
U.S. Attorney for D.C.
555 4th Street, N.W.
Washington, D.C.
20530

Article Number: 7005 1160 0005 2608 4227

Service Type: Certified Mail
Date of Delivery: AUG 07 2006

PS Form 3811, February 2004 — Domestic Return Receipt