IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MADELINE RIGGILADEZ,<br>5793 Burke Town Court<br>Burke, VA 22015<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>HON. FRANCIS J. HARVEY,<br>Secretary of the Army,<br>101 Army Pentagon<br>Washington, D.C. 20310-0101<br><br>　　　　　　Defendant. | Civil Action No. 06-1337 (RJL) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Kevin K. Robitaille, Special Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　KEVIN K. ROBITAILLE
　　　　　　　　　　　　　　　Special Assistant U.S. Attorney
　　　　　　　　　　　　　　　555 Fourth St., N.W.
　　　　　　　　　　　　　　　Room E4408
　　　　　　　　　　　　　　　Washington, D.C.  20530
　　　　　　　　　　　　　　　202-353-9895  / FAX 202-514-8780