IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MADELINE RIGGILADEZ,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1337 (RJL) |
| ) | |
| **HON. FRANCIS J. HARVEY,** ) | |
| Secretary of the Army, ) | |
| ) | |
| Defendant. ) | |

### DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME WITHIN WHICH TO ANSWER, MOVE OR OTHERWISE RESPOND

Plaintiff brings this case under pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-2, *et seq.*, ("Title VII"). Defendant respectfully moves this Court for a thirty (30) day enlargement of time through and including November 6th 2006 within which to answer, move, or otherwise respond to the Complaint in this matter. Good cause exists to grant this motion:

1. Defendant's answer, motion or other response to the Complaint is currently due October 6, 2006.

2. Defendant has been diligently working on this matter; however, defendant needs additional time to address the factual and legal claims raised by plaintiff in its complaint.

3. Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

4. This is the first enlargement of time sought in this matter.

5. Defendant attempted to contact Plaintiff's counsel to gain his consent but was unable to reach him.

For these reasons, defendant requests that the Court grant its Motion for Enlargement of Time Within Which to Answer, Move or Otherwise Respond. A proposed order is included with this Motion.

Respectfully submitted,

_____/s_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


_____/s_____
RUDOLPH CONTRERAS D.C. Bar No. 434122
Assistant United States Attorney


_____/s_____
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
555 Fourth Street, N.W.,
Washington, D.C. 20530
(202) 353-9895

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MADELINE RIGGILADEZ,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1337 (RJL) |
| ) | |
| **HON. FRANCIS J. HARVEY,** ) | |
| **Secretary of the Army,** ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of Defendant's Unopposed Motion for an Enlargement of Time to Answer, Move or Otherwise Respond to the Complaint, and the entire record of this case, it is hereby

ORDERED that Defendant's Motion for an Enlargement of Time is GRANTED, and it is

FURTHER ORDERED that Defendant shall have up to and including November 6 2006, to answer, move or otherwise respond to Plaintiff's Complaint.

Dated this _____ day of _____, 2006.

_____
Richard J. Leon
United States District Judge

Copies to:
Parties via ECF