IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MADELINE RIGGILADEZ | : | |
| Plaintiff, | : | |
| v. | : | No.   06-1337 (RJL) |
| HON. FRANCIS J. HARVEY. Secretary of the Army | : | JURY TRIAL DEMANDED |
| Defendant. | : | |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S
MOTION FOR ENLARGEMENT OF TIME**

Plaintiff Madeline Riggiladez ("Plaintiff"), by and through her undersigned counsel, hereby responds to the Motion for Enlargement of Time Within Which to Answer, Move to Dismiss or Otherwise Respond (the "Motion") filed on October 5, 2006 by Defendant Hon. Francis J. Harvey, Secretary of the Army ("Defendant").

Plaintiff does not object to Defendant's request for a thirty (30) day enlargement of time through and including November 6, 2006, to answer or otherwise respond to the Complaint.

Plaintiff does object, however, to paragraph 5 of the Motion, wherein Defendant states that "Defendant attempted to contact Plaintiff's counsel to gain his consent but was unable to reach him." Motion at 5. Plaintiff's counsel is unaware of any attempts by counsel for Defendant to contact him regarding the aforementioned extension (or any other issue for that matter). Indeed, counsel for Defendant has not, as of the filing of this Response, contacted Plaintiff's counsel by telephone, by letter, by facsimile, by e-mail or by any other means of communication. If counsel for Defendant has attempted to

telephone Plaintiff's counsel – which may or may not be the case – counsel for Defendant certainly has not left a voicemail message for Plaintiff's counsel to notify him of the call/attempt.  Accordingly, to the extent Defendant implies at paragraph 5 of its Motion that Plaintiff's counsel has somehow failed to respond to any communications, Plaintiff must note that any such implication is factually inaccurate.

Finally, Plaintiff's counsel would also note that, had counsel for Defendant contacted him prior to the filing of the Motion, Plaintiff's counsel would have consented to the extension as a matter of professional courtesy.

Dated:  October 5, 2006

Respectfully submitted,

//s//  *Jason H. Ehrenberg*
_____
Jason H. Ehrenberg (# 469077)
BAILEY & EHRENBERG PLLC
1155 Connecticut Avenue NW
Suite 1100
Washington, D.C. 20036
t:  202.465.4729
f:  202.318.7071
e: jhe@becounsel.com

**Attorneys for Plaintiff**

**CERTIFICATE OF SERVICE**

I, Jason H. Ehrenberg, hereby certify that on this 5th day of October 2006, I caused a true and correct copy of the foregoing to be served via the District Court's ECF electronic filing system upon the following:

Kevin K. Robitaille
Special Assistance U.S. Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530

//s// *Jason H. Ehrenberg*
_____
Jason H. Ehrenberg