IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MADELINE RIGGILADEZ,** ) | |
| ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 06-1337 (RJL) |
| ) | |
| **HON. FRANCIS J. HARVEY,** ) | |
| Secretary of the Army, ) | |
| ) | |
| **Defendant.** ) | |
| ) | |
| _____) | |

**DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME
WITHIN WHICH TO ANSWER, MOVE OR OTHERWISE RESPOND**

Plaintiff brings this case pursuant to the Family Medical Leave Act, 26 U.S.C. § 2601, et. seq., the Age Discrimination in Employment Act, 29 U.S.C. § 626, and the Rehabilitation Act of 1973, 29 U.S.C. § 791, et. seq.  Defendant respectfully moves this Court for a thirty (30) day enlargement of time through and including December 6th 2006, within which to answer, move, or otherwise respond to the Complaint in this matter.  Good cause exists to grant this motion:

1. Defendant's answer, motion or other response to the Complaint is currently due November 6, 2006.

2. Lead attorney Special Assistant United States Attorney Kevin Robitaille has completed his assignment to the US Attorney's Office for the District of D.C. and has been replaced by Special Assistant United States Attorney Steven M. Ranieri.  Mr. Ranieri began his assignment with the US Attorney's Office for the District of D.C. on October 30, 2006, and has assumed responsibility for this case.  Defendant has been diligently working on this matter; however,

defendant needs additional time to address the factual and legal claims raised by plaintiff in his complaint in light of the transfer of this case to Mr. Ranieri.

    3.  Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

    4.  This is the second enlargement of time sought in this matter.

    5.  Defendant's counsel consulted with Plaintiff's counsel regarding this enlargement. Plaintiff's counsel feels the extension is not needed, but takes no position on this Motion.

    For these reasons, defendant requests that the Court grant its Motion for Enlargement of Time Within Which to Answer, Move or Otherwise Respond. A proposed order is included with this Motion.

Respectfully submitted,

_____/s_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


_____/s_____
RUDOLPH CONTRERAS D.C. Bar No. 434122
Assistant United States Attorney


_____/s_____
STEVEN M. RANIERI
Special Assistant U.S. Attorney
555 Fourth Street, N.W.,
Washington, D.C. 20530
(202) 353-9895