IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MADELINE RIGGILADEZ,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v.  ) | Civil Action No. 06-1337 (RJL) |
| ) | |
| **HON. FRANCIS J. HARVEY,** ) | |
| **Secretary of the Army,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**ORDER**

Upon consideration of Defendant's Motion for an Enlargement of Time to Answer, Move or Otherwise Respond to the Complaint, and the entire record of this case, it is hereby

ORDERED that Defendant's Motion for an Enlargement of Time is GRANTED, and it is

FURTHER ORDERED that Defendant shall have up to and including December 6 2006, to answer, move or otherwise respond to Plaintiff's Complaint.

Dated this _____ day of _____, 2006.

_____
Richard J. Leon
United States District Judge

Copies to:
Parties via ECF