# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

_____
MADELINE RIGGILADEZ,               )
                                    )
        Plaintiff,                  )      Case No.  1:06-cv-1337
                                    )
v.                                  )      **JURY TRIAL DEMANDED**
                                    )
HON. FRANCIS J. HARVEY,             )
                                    )
        Defendant.                  )
_____)

### PLAINTIFF'S OPPOSITION TO DEFENDANT'S SECOND MOTION FOR AN ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE RESPOND

Plaintiff Madeline Riggiladez ("Plaintiff"), by and though her undersigned attorneys, hereby opposes Defendant Hon. Francis J. Harvey's Second Motion for an Enlargement of Time to Answer or Otherwise Respond (the "Second Motion"). In support of this Opposition, Plaintiff states as follows:

1. Plaintiff initiated this action by filing her Complaint on July 28, 2006. *See* Docket Entry #1.

2. Counsel for Defendant entered his appearance on August 18, 2006. *See* Docket Entry # 6.

3. On October 5, 2006, without first contacting Plaintiff to obtain her consent and only *one day* before its answer was due (and almost two months after counsel for Defendant had entered his appearance in this matter), Defendant filed a Motion for Enlargement of Time to Answer or Otherwise Respond. *See* Docket Entry # 7.

4. In its first enlargement, counsel for Defendant misrepresented to the Court that he had attempted to contact counsel for Plaintiff to discuss the extension. As noted in Plaintiff's

response thereto, *see* Docket Entry # 8, this was not the case. Plaintiff, however, did not object to the extension.

5. The Court granted the first enlargement on October 6, 2006 and ordered that Defendant answer or otherwise respond to the Complaint on or before November 6, 2006.

6. On November 1, 2006, counsel for Defendant contacted Plaintiff's counsel and requested a **two week** extension to answer or otherwise respond to the Complaint. Plaintiff's counsel noted that another extension was unnecessary, would be unfair to his client, and would unduly delay the proceedings. However, as a matter of professional courtesy, Plaintiff's counsel authorized counsel for Defendant to note in the Second Motion that Plaintiff would not take a position on the request for additional time

7. Defendant subsequently filed the Second Motion. *See* Docket Entry # 10. Defendant, without prior notice to Plaintiff, requested a **one month** extension to answer or otherwise respond. Counsel for Defendant represented to Plaintiff during their November 1, 2006 phone call that he would be seeking only a two week extension.

8. Plaintiff objects to the Second Motion. To the extent the Court is inclined to grant Defendant additional time to answer or otherwise respond, Plaintiff would respectfully request that the Court limit the extension to the two weeks contemplated by the parties during their November 1, 2006 phone call.

Dated:  November 2, 2006    Respectfully submitted,

*//s//  Jason H. Ehrenberg*

———————————————
Jason H. Ehrenberg (DC # 469077)
BAILEY & EHRENBERG PLLC
1155 Connecticut Avenue NW
Suite 1100
Washington, D.C. 20036
Tel:  (202) 465-4729
Fax:  (202) 318-7071
jhe@becounsel.com

3

## CERTIFICATE OF SERVICE

I, Jason H. Ehrenberg, hereby certify that I served on this 2nd day of November 2006, a copy of the foregoing document via the District Court's ECF electronic filing system upon the following:

>    Stephen M. Raneiri
>    Special Assistant U.S. Attorney
>    555 Fourth Street, N.W.
>    Room E4408
>    Washington, D.C. 20530

>    //s//  Jason H. Ehrenberg
>    _____
>    Jason H. Ehrenberg