IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MADELINE RIGGILADEZ,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1337 (RJL) |
| ) | |
| **HON. FRANCIS J. HARVEY,** ) | |
| Secretary of the Army, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S MOTION TO DISMISS, IN PART,
AND FOR SUMMARY JUDGMENT**,

Defendant hereby moves to dismiss, in part, Plaintiff's complaint pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), and for summary judgment pursuant to Fed. R. Civ. P. 56, because there is no genuine issue as to any material fact and Defendant is entitled to judgment as a matter of law.

In support of this motion, Defendant respectfully submits the attached memorandum of points and authorities with attachments, a statement of material facts not in genuine dispute, and a proposed order.

Respectfully submitted,

_____/s_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

_____/s_____
RUDOLPH CONTRERAS D.C. Bar # 434122

                                      Assistant United States Attorney

                                      _____/s_____
                                      STEVEN M. RANIERI
                                      Special Assistant U.S. Attorney
                                      555 Fourth Street, N.W.,
                                      Washington, D.C. 20530
                                      (202) 353-9895

OF COUNSEL:
Louise Schmidt
U.S. Army Litigation Division
901 N. Stuart Street, Suite 400