IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MADELINE RIGGILADEZ,** )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**HON. FRANCIS J. HARVEY,** )<br>**Secretary of the Army,** )<br>)<br>Defendant. )<br>) | Civil Action No. 06-1337 (RJL) |

**ORDER**

Upon consideration of Defendant's Motion to Dismiss, in Part, and for Summary Judgment, and the opposition thereto, and the Court having considered the entire record herein, it is, this _____ day of _____, 20__,

ORDERED that Defendant's motion is GRANTED, and it is further

ORDERED that judgment shall be entered for Defendant, and that this matter is hereby DISMISSED WITH PREJUDICE.

This is a final, appealable order.

Dated this _____ day of _____, 20__.

                                                  Richard J. Leon
                                                United States District Judge

Copies to:
Parties via ECF