## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

MADELINE RIGGILADEZ,      :
                             :

               Plaintiff,    :     Case No.:  1:06-cv-01337 (RJL)
      v.                   :
                             :

FRANCIS J. HARVEY,      :
SECRETARY OF THE ARMY,   :
                             :

           Defendants.   :
_____:

### STIPULATION CONCERNING MINUTE ORDER OF JANUARY 3, 2007

Plaintiff Madeline Riggiladez ("Plaintiff") and Defendant Francis J. Harvey, Secretary of the Army ("Defendant"), by and through their undersigned counsel, hereby stipulate as follows:

1.     Plaintiff initiated this action by filing her Complaint against Defendant on July 27, 2006.  *See* Docket Entry No. 1.

2.     Defendant filed a motion to dismiss or for summary judgment (the "Motion") on December 6, 2006.  *See* Docket Entry No. 13 and 14.

3.     Plaintiff timely filed her Amended Complaint on December 18, 2006.  *See* Docket Entry No. 15.

4.     By Minute Order of January 3, 2007, the Court ordered Plaintiff to file a response to Defendant's Motion on or before January 9, 2007 or risk the Court treating the Motion as conceded.

5.     The parties hereby stipulate and agree that Defendant's motion to dismiss or for summary judgment is not a responsive pleading; therefore, Plaintiff may amend her Complaint without leave of the Court or the consent of Defendant.  *See Bowden v. United*

*States*, 176 F.3d 552, 555 (D.C. Cir. 1999); *James v. Huron Associates, Inc.*, 229 F.3d 277 (D.C. Cir. 2000); *United States Information Agency v. Krc*, 905 F.2d 389 (D.C. Cir. 1990) ("Motions for summary judgment or dismissal, however, do not constitute responsive pleadings that prevent a party from amending without leave of court") (citing 6 Wright & Miller, *Federal Practice and Procedure* § 1483, at 585-87 (1990)); *Doe v. United States Dept. of Labor*, 451 F. Supp.2d 156 (D.D.C. 2006) ("the District of Columbia Circuit has 'repeatedly clarified' that motions to dismiss, even those which seek summary judgment in the alternative, are not responsive pleadings for the purposes of Rule 15").

6.      Accordingly, Defendant intends to file an answer or otherwise respond to the Amended Complaint within the time proscribed by the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Columbia.

Dated:  January 8, 2007                         Respectfully submitted,


                                                */s/ Jason H. Ehrenberg*
                                                _____
                                                Jason H. Ehrenberg
                                                Bailey & Ehrenberg PLLC
                                                1155 Connecticut Ave, N.W.
                                                Suite 1100
                                                Washington, D.C.  20036
                                                T:  202.465.4729
                                                F:  202.318.7071
                                                jhe@becounsel.com

                                                **Attorneys for Plaintiff**


                                                and

*/s/ Steven M. Ranieri*

_____

Steven M. Ranieri
Special Assistant US Attorney
555 Fourth St., NW
Washington, D.C.,  20530
T:  202.353.9895
F:  202.524.8780
Steve.Ranieri@usdoj.gov

**Attorneys for Defendant**

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of January 2007, a copy of the foregoing was

served on the following via the District Court's ECF electronic filing system:

Steven M. Ranieri
Special Assistant US Attorney
555 Fourth St., NW
Washington, D.C.,  20530


*/s/ Jason H. Ehrenberg*
_____

Jason H. Ehrenberg