IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MADELINE RIGGILADEZ,<br><br>                Plaintiff,<br><br>v.<br><br>HON. FRANCIS J. HARVEY,<br>Secretary of the Army,<br><br>                Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 06-1337 (RJL)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S RENEWED MOTION TO DISMISS, OR
IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT**

Defendant hereby moves to dismiss Plainitff's Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6) or, in the alternative, for summary judgment pursuant to Fed. R. Civ. P. 56, because there is no genuine issue as to any material fact and Defendant is entitled to judgment as a matter of law. In support of this motion, Defendant respectfully submits the attached memorandum of points and authorities with attachments, a statement of material facts not in genuine dispute, and a proposed order.

                                                         Respectfully submitted,

                                                     _____/s_____
                                                     JEFFREY A. TAYLOR, D.C. Bar # 498610
                                                     United States Attorney


                                                     _____/s_____
                                                     RUDOLPH CONTRERAS D.C. Bar # 434122
                                                     Assistant United States Attorney

        _____/s_____
        STEVEN M. RANIERI
        Special Assistant U.S. Attorney
        555 Fourth Street, N.W.,
        Washington, D.C. 20530
        (202) 353-9895

OF COUNSEL:
Louise Schmidt
U.S. Army Litigation Division
901 N. Stuart Street, Suite 400