IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MADELINE RIGGILADEZ,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1337 (RJL) |
| ) | |
| **HON. FRANCIS J. HARVEY,** ) | |
| Secretary of the Army, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of Defendant's Renewed Motion to Dismiss or in the alternative, for Summary Judgment, and the opposition thereto, and the Court having considered the entire record herein, it is, this _____ day of _____, 20__,

ORDERED that Defendant's motion is GRANTED, and it is further

ORDERED that judgment shall be entered for Defendant, and that this matter is hereby DISMISSED WITH PREJUDICE.

This is a final, appealable order.

Dated this _____ day of _____, 20__.

_____
Richard J. Leon
United States District Judge

Copies to:
Parties via ECF