IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MADELINE RIGGILADEZ, ) | |
|     Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 06-1337 (RJL) |
| ) | |
| FRANCIS J. HARVEY, ) | |
| Secretary, Department of the Army ) | |
|     Defendant. ) | |

## DECLARATION OF SSG RONALD K. HITCHCOCK

I, SSG RONALD K. HITCHCOCK, make the following declaration pursuant to the provisions of 28 U.S.C. § 1746. I understand that this declaration is the equivalent of an affidavit.

1. I am currently the Wardmaster of Ward 46 at Walter Reed Army Medical Center and I am currently responsible for making sure time cards are forwarded from the Ward to the payroll office here at Walter Reed Army Medical Center.

2. Attached you will find corrected time cards for Madeline Riggiladez. The time cards were not corrected until recently due to administrative oversight. The code listed on the time cards, "LN", now indicates that she was on a paid status for the time periods listed in the time cards. The code also means that she was not charged leave for those periods. Based on this correction to a paid status, the time cards which have already been forwarded to the Defense Finance and Accounting Service in Denver, Colorado will result in her receiving a check for pay from DFAS.

    I declare under penalty of perjury under the laws of the United States of

America that the foregoing is true and correct. (28 U.S.C. § 1746).

Executed on: 2Jan07

SSG RONALD K. HITCHCOCK

Attachment: Corrected time cards

CORRECTED COPY

| EMPLOYEE ID | BLK.GRP | ACT | ORG | EMPLOYEE NAME | PLT | PERIOD ENDING | SEQ NO |
|---|---|---|---|---|---|---|---|
| | RN | W2DJAA | WYBG | RIGGILADEZ, MADELINE | | 9 - 22 JAN 05 | |
| SDT JON | | | | | HRS | 80 | |

| | //////AWS | SUN | MON | TUE | WED | THR | FRI | SAT | SUN | MON | TUE | WED | THR | FRI | SAT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOUR | | | 8 | 8 | 8 | 8 | 8 | | | 8 | 8 | 8 | 8 | 8 | |
| TYP SFT | | | RG | RG | RG | RG | RG | | | RG | RG | RG | RG | RG | |
| GRADED ND | | | | | | | | | | | | | | | |

| JOB ORDER NUMBER | | TYPE | WK | SUN | MON | TUE | WED | THR | FRI | SAT | INIT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 1 | | 8 | 8 | 8 | 8 | 8 | | |
| | | LN | 2 | | 8 | 8 | 8 | 8 | 8 | | |
| | | | 1 | | | | | | | | |
| | | | 2 | | | | | | | | |
| | | | 1 | | | | | | | | |
| | | | 2 | | | | | | | | |
| | | | 1 | | | | | | | | |
| | | | 2 | | | | | | | | |
| | | | 1 | | | | | | | | |
| | | | 2 | | | | | | | | |
| | | | 1 | | | | | | | | |
| | | | 2 | | | | | | | | |

| REG | OT | COMP | | HOL | | SUN | | 2nd | | ND | EH | LV | NP LV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | IN | OUT | IN | OUT | IN | OUT | IN | OUT | | | | |
| SUN | | | | | | | | | | | | | |
| MON | | | | | | | | | | | | | |
| TUE | | | | | | | | | | | | | |
| WED | | | | | | | | | | | | | |
| THR | | | | | | | | | | | | | |
| FRI | | | | | | | | | | | | | |
| SAT | | | | | | | | | | | | | |
| SUN | | | | | | | | | | | | | |
| MON | | | | | | | | | | | | | |
| TUE | | | | | | | | | | | | | |
| WED | | | | | | | | | | | | | |
| THR | | | | | | | | | | | | | |
| FRI | | | | | | | | | | | | | |
| SAT | | | | | | | | | | | | | |

REMARKS:
_____
_____
_____

OVERTIME APPROVED IN ACCORDANCE WITH EXIXTING LAWS AND REGULATIONS
FOR NON-EXEMPT FLSA. I DID NOT SUFFER OR PERMIT ANY OVERTIME WORK
OTHER THAN AS REPORTED FOR THIS PAY PERIOD.

*[signature]*
RONALD K. HITCHCOCK  ORIGINAL SIGNED
AUTHORIZED SIGNATURE

CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AMENDED

CORRECTED COPY

| EMPLOYEE ID | BLK.GRP | ACT | ORG | EMPLOYEE NAME | PLT | PERIOD ENDING | | SEQ NO |
|---|---|---|---|---|---|---|---|---|
| | RN | W2DJAA | WYBG | RIGGILADEZ, MADELINE | | 23 JAN - 5 FEB 05 | | |
| SDT JON | | | | | HRS | 80 | | |

| //////AWS | SUN | MON | TUE | WED | THR | FRI | SAT | SUN | MON | TUE | WED | THR | FRI | SAT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOUR | | 8 | 8 | 8 | 8 | 8 | | | 8 | 8 | 8 | 8 | 8 | |
| TYP SFT | | RG | RG | RG | RG | RG | | | RG | RG | RG | RG | RG | |
| GRADED ND | | | | | | | | | | | | | | |

| JOB ORDER NUMBER | TYPE | WK | SUN | MON | TUE | WED | THR | FRI | SAT | INIT |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 1 | | 8 | 8 | 8 | 8 | 8 | | |
| | LN | 2 | | 8 | 8 | 8 | 8 | 8 | | |
| | | 1 | | | | | | | | |
| | | 2 | | | | | | | | |
| | | 1 | | | | | | | | |
| | | 2 | | | | | | | | |
| | | 1 | | | | | | | | |
| | | 2 | | | | | | | | |
| | | 1 | | | | | | | | |
| | | 2 | | | | | | | | |
| | | 1 | | | | | | | | |
| | | 2 | | | | | | | | |

| REG | OT | COMP | | HOL | | SUN | | 2nd | | ND | EH | LV | NP LV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | IN | OUT | IN | OUT | IN | OUT | | | | | | |
| SUN | | | | | | | | | | | | | |
| MON | | | | | | | | | | | | | |
| TUE | | | | | | | | | | | | | |
| WED | | | | | | | | | | | | | |
| THR | | | | | | | | | | | | | |
| FRI | | | | | | | | | | | | | |
| SAT | | | | | | | | | | | | | |
| SUN | | | | | | | | | | | | | |
| MON | | | | | | | | | | | | | |
| TUE | | | | | | | | | | | | | |
| WED | | | | | | | | | | | | | |
| THR | | | | | | | | | | | | | |
| FRI | | | | | | | | | | | | | |
| SAT | | | | | | | | | | | | | |

REMARKS:

_____

_____

_____

OVERTIME APPROVED IN ACCORDANCE WITH EXIXTING LAWS AND REGULATIONS
FOR NON-EXEMPT FLSA. I DID NOT SUFFER OR PERMIT ANY OVERTIME WORK
OTHER THAN AS REPORTED FOR THIS PAY PERIOD.

RONALD K. HITCHCOCK ORIGINAL SIGNED
AUTHORIZED SIGNATURE

CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AMENDED

CORRECTED COPY

| EMPLOYEE ID | BLK.GRP | ACT | ORG | EMPLOYEE NAME | | PLT | PERIOD ENDING | | | SEQ NO | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | RN | W2DJAA | WYBG | RIGGILADEZ, MADELINE | | | 6 - 19 FEB 05 | | | | |
| SDT JON | | | | | | HRS | 80 | | | | |

| //////AWS | | SUN | MON | TUE | WED | THR | FRI | SAT | SUN | MON | TUE | WED | THR | FRI | SAT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOUR | | | 8 | 8 | 8 | 8 | 8 | | | 8 | 8 | 8 | 8 | 8 | |
| TYP SFT | | | RG | RG | RG | RG | RG | | | RG | RG | RG | RG | RG | |
| GRADED ND | | | | | | | | | | | | | | | |

| JOB ORDER NUMBER | | TYPE | WK | SUN | MON | TUE | WED | THR | FRI | SAT | INIT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | LN | 1 | | 8 | 8 | 8 | 8 | 8 | | |
| | | | 2 | | 8 | 8 | 8 | 8 | 8 | | |
| | | | 1 | | | | | | | | |
| | | | 2 | | | | | | | | |
| | | | 1 | | | | | | | | |
| | | | 2 | | | | | | | | |
| | | | 1 | | | | | | | | |
| | | | 2 | | | | | | | | |
| | | | 1 | | | | | | | | |
| | | | 2 | | | | | | | | |
| | | | 1 | | | | | | | | |
| | | | 2 | | | | | | | | |

| REG | OT | COMP | | HOL | | SUN | | 2nd | | ND | EH | LV | NP LV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | IN | OUT | IN | OUT | IN | OUT | | | | | | |
| SUN | | | | | | | | | | | | | |
| MON | | | | | | | | | | | | | |
| TUE | | | | | | | | | | | | | |
| WED | | | | | | | | | | | | | |
| THR | | | | | | | | | | | | | |
| FRI | | | | | | | | | | | | | |
| SAT | | | | | | | | | | | | | |
| SUN | | | | | | | | | | | | | |
| MON | | | | | | | | | | | | | |
| TUE | | | | | | | | | | | | | |
| WED | | | | | | | | | | | | | |
| THR | | | | | | | | | | | | | |
| FRI | | | | | | | | | | | | | |
| SAT | | | | | | | | | | | | | |

REMARKS:

_____

_____

_____

OVERTIME APPROVED IN ACCORDANCE WITH EXIXTING LAWS AND REGULATIONS FOR NON-EXEMPT FLSA. I DID NOT SUFFER OR PERMIT ANY OVERTIME WORK OTHER THAN AS REPORTED FOR THIS PAY PERIOD.

*[signature]*

RONALD K. HITCHCOCK ORIGINAL SIGNED

AUTHORIZED SIGNATURE

CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AMENDED

CORRECTED COPY

| EMPLOYEE ID | BLK.GRP | ACT | ORG | EMPLOYEE NAME | PLT | PERIOD ENDING | SEQ NO |
|---|---|---|---|---|---|---|---|
| | RN | W2DJAA | WYBG | RIGGILADEZ, MADELINE | | 26 DEC 04 - 8 JAN 05 | |
| SDT JON | | | | | HRS | 80 | |

| //////AWS | | SUN | MON | TUE | WED | THR | FRI | SAT | SUN | MON | TUE | WED | THR | FRI | SAT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOUR | | | 8 | 8 | 8 | 8 | 8 | | | 8 | 8 | 8 | 8 | 8 | |
| TYP SFT | | | RG | RG | RG | RG | RG | | | RG | RG | RG | RG | RG | |
| GRADED ND | | | | | | | | | | | | | | | |

| JOB ORDER NUMBER | TYPE | WK | SUN | MON | TUE | WED | THR | FRI | SAT | INIT |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 1 | | 8 | 8 | 8 | 8 | 8 | | |
| | LN | 2 | | 8 | 8 | 8 | 8 | 8 | | |
| | | 1 | | | | | | | | |
| | | 2 | | | | | | | | |
| | | 1 | | | | | | | | |
| | | 2 | | | | | | | | |
| | | 1 | | | | | | | | |
| | | 2 | | | | | | | | |
| | | 1 | | | | | | | | |
| | | 2 | | | | | | | | |
| | | 1 | | | | | | | | |
| | | 2 | | | | | | | | |

| REG | OT | COMP | HOL | SUN | 2nd | ND | EH | LV | NP LV |
|---|---|---|---|---|---|---|---|---|---|

| | IN | OUT | IN | OUT | IN | OUT |
|---|---|---|---|---|---|---|
| SUN | | | | | | |
| MON | | | | | | |
| TUE | | | | | | |
| WED | | | | | | |
| THR | | | | | | |
| FRI | | | | | | |
| SAT | | | | | | |
| SUN | | | | | | |
| MON | | | | | | |
| TUE | | | | | | |
| WED | | | | | | |
| THR | | | | | | |
| FRI | | | | | | |
| SAT | | | | | | |

REMARKS:
_____
_____
_____

OVERTIME APPROVED IN ACCORDANCE WITH EXIXTING LAWS AND REGULATIONS FOR NON-EXEMPT FLSA. I DID NOT SUFFER OR PERMIT ANY OVERTIME WORK OTHER THAN AS REPORTED FOR THIS PAY PERIOD.

RONALD K. HITCHCOCK ORIGINAL SIGNED
AUTHORIZED SIGNATURE

CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AMENDED