BAILEY & EHRENBERG PLLC

Jason H. Ehrenberg
(202) 465-4729
jhe@becounsel.com

December 29, 2004

**VIA FACSIMILE (202-782-0977)**

David Claypool, Esq.
Office of the Center Judge Advocate
North Atlantic Regional Command and
Walter Reed Army Medical Center
Washington, D.C. 20307-5001

    Re:   **Notice of Proposed Removal – Madeline L. Riggiladez**

Dear Mr. Claypool:

    This firm represents Madeline L. Riggiladez with respect to her employment with the Walter Reed Army Medical Center (the "Hospital"). As you are aware, on October 29, 2004, Ms. Riggiladez responded to the Notice of Removal (the "Notice") the Hospital forwarded to her attention on September 10, 2004. Although two months have passed since Ms. Riggiladez's response -- and *three* months have passed since Ms. Riggiladez last received any salary or wages from the Hospital -- we still have not heard back from the Hospital as to whether it intends to take any action with respect to our client's employment.

    At this point, we can only assume: (1) that the Hospital's delay in making any decision on Ms. Riggiladez's employment status and failure to pay any salary to Ms. Riggiladez for the past three months are in retaliation for her filing of a charge of discrimination with the Hospital's EEO Office; (2) that our client has been constructively discharged from the Hospital; and (3) that our client should begin to look for other suitable employment to mitigate her damages. Please let us know as soon as possible if these assumptions are incorrect and, if so, when the Hospital intends to make a decision with regard to Ms. Riggiladez's employment.

BAILEY & EHRENBERG PLLC
David Claypool, Esq.
December 29, 2004
Page 2

Please feel free to contact me to discuss this matter.

Sincerely,

*[signature]*

Jason H. Ehrenberg