**IN THE UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| MADELINE RIGGILADEZ, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:06-cv-1337 (RJL) |
| | ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| HON. FRANCIS J. HARVEY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

UPON CONSIDERATION of Defendant's Motion to Dismiss, or in the

alternative, Motion for Summary Judgment, and Plaintiff's Memorandum in

Opposition thereto, it is hereby

ORDERED that Defendant's Motion be, and the same is hereby DENIED.


_____

Hon. Richard J. Leon