UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
SEP 2 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| MADELINE RIGGILADEZ, | ) |
| Plaintiff, | ) |
| v. | ) Civil Case No. 06cv1337 (RJL) |
| HON. FRANCIS J. HARVEY,<br>Secretary of the Army, | ) |
| Defendant. | ) |

## ORDER

For the reasons set forth in the Memorandum Opinion above, it is this 21st day of September, 2007, hereby

**ORDERED** that the defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment [#17] is **GRANTED**, and it is further

**ORDERED** that this case be dismissed.

**SO ORDERED**.

RICHARD J. LEON
United States District Judge

